### STATE OF CONNECTICUT *v.* JEFFREY R. ALLARD (12934)

O'CONNELL, LAVERY and HENNESSY, Js.

Argued November 2—decision released November 22, 1994

*Bruce E. Newman,* for the appellant (defendant).

*Ronald G. Weller,* deputy assistant state's attorney, with whom, on the brief, were *Michael Dearington,* state's attorney, and *Maxine Wilensky,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.